## 29351. TOWNES v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED DECEMBER 3, 1974.

Curtis Townes, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.